IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND'
GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| KAMILYA BRISCOE | * | Case No. 21-6999-LSS |
|    Debtor | * | (Chapter 7) |
| * * * * * * * | * | |
| | * | |
| MARYLAND DEPARTMENT OF LABOR | * | |
|    Plaintiff | | |
| | * | Adversary Proceeding |
| v. | | No. 22-00026 |
| | * | |
| KAMILYA BRISCOE | * | |
|    Defendant | | |

* * * * * * * * * * * * *

## AFFIDAVIT OF SUMMONS SERVICE

I HEREBY CERTIFY that on the  14th  day of February, 2022, a copy of the Summons and Notice of Pre-Trial Conference and of the Complaint To Determine Dischargeability of Debt was mailed first class, postage prepaid to:

    Kamilya Briscoe
    3308 Kitchen Court
    Waldorf, MD 20602

    /s/ Orbie R. Shively
    Orbie R. Shively (Fed. Bar No. 04461)
    orbie.shively@maryland.gov
    (410) 767-4366

    /s/ Richard H. Rudasill
    Richard H. Rudasill (Fed. Bar No. 21980)
    richard.rudasill@maryland.gov
    (410)797-9720
    Maryland Department of Labor
    Legal Services and Collection
    1100 North Eutaw Street, Rm. 401
    Baltimore, MD 21201